

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Hugo Bustamente, Jr., | § | No. 08-17-00174-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| Miranda & Maldonado, P.C., Carlos A. Miranda, III, Gabriel Perez and Carlos Maldonado, | § | of El Paso County, Texas |
| | § | (TC# 2015-DCV0358) |
| Appellees. | § | |

**O R D E R**

Pending before the Court is Appellees' motion to vacate the February 7, 2019 oral argument setting because Appellees' lead counsel has an irreconcilable scheduling conflict. The Court was in the process of reviewing the briefs and record in preparation for oral argument before Appellees filed the motion to vacate, and we find that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. *See* TEX.R.APP.P. 39.1. Accordingly, we deny Appellees' motion to vacate and order that the case be submitted **without** oral argument on February 7, 2019.

IT IS SO ORDERED this 9th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment